**James EVANCZO, Appellant, v. AUTOMAT-
IC INSTRUMENT COMPANY,
Appellee.**

No. 8469.

Circuit Court of Appeals, Sixth Circuit.

Jan. 7, 1941.

Sheridan, Davis & Cargill, of Chicago,
Ill., and Travis, Merrick & Johnson, of
Grand Rapids, Mich., for appellant.

Parkinson & Lane, of Chicago, Ill., and
Knappen, Uhl, Bryant & Snow, of Grand
Rapids, Mich., for appellee.

Before HICKS, SIMONS, and ALLEN,
Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel, it is ordered that the appeal herein be and the same is dismissed without costs.